| In re | Heather D Kile | , | Case No. | 1:11-bk-10353-NWW |
|---|---|---|---|---|
| | **Debtor(s)** | | | **(if known)** |

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

Individual debtors with primarily consumer debts: If any claim is or may be predominantly nondischargeable under §§ 523(a)(8), (a)(15), or (a)(18) of the Bankruptcy Code (11 U.S.C. § 101 et seq.), place an "X" in the column labeled "PND" and total the amounts of these claims separately. Designating a claim as "PND" is not intended to be an admission by the debtor concerning the dischargeability of any particular scheduled debt. For example, a debt of the kind described in §523(a)(15) of the Code would not be discharged in a chapter 7 case, but may be discharged in a chapter 13 case. Nevertheless, a debtor filing under any chapter should mark a §523(a)(15) debt as "PND." The designation is for statistical purposes only and will enable the courts to report to Congress concerning the amount of debt scheduled "in categories which are predominantly nondischargeable," as required by 28 U.S.C. § 159(c)(3)(C).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | PND | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | NOTICE | | | | | $1.00 |
| Aaden Fry<br>229 County Rd. 439<br>Athens, TN 37303 | | | | | | | | |
| ACCOUNT NO. | | | NOTICE | | | | | $1.00 |
| Amos T. Landreth<br>967 County Rd. 480<br>Englewood, TN 37329 | | | | | | | | |
| ACCOUNT NO. | | | NOTICE | | | | | $1.00 |
| Brayden M. Martin<br>176 County RD 520<br>Englewood, TN 37329 | | | | | | | | |

<u>2</u>   continuation sheets attached

Subtotal >   $3.00

In re  Heather D Kile , Case No. 1:11-bk-10353-NWW
     Debtor(s)            (if known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | PND | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  <br>Casin Lee  <br>172 Maggie Mill Rd.  <br>Reliance, TN 37369 | | | NOTICE | | | | | $1.00 |
| ACCOUNT NO.  <br>Clark Patterson  <br>121 Miller Rd  <br>Englewood, TN 37329 | | | NOTICE | | | | | $1.00 |
| ACCOUNT NO.  <br>Gary Allen Culberson  <br>1110 Indiana Ave  <br>Etowah, TN 37331 | | | NOTICE | | | | | $1.00 |
| ACCOUNT NO.  <br>Javon Batts  <br>300 TN Ave  <br>Etowah, TN 37331 | | | NOTICE | | | | | $1.00 |
| ACCOUNT NO.  <br>Jessee A. Holden  <br>825 Long Mill Rd.  <br>Athens, TN 37303 | | | NOTICE | | | | | $1.00 |
| ACCOUNT NO. N/A  <br>Joseph Ford  <br>PO Box 905  <br>Loudon, TN 37774 | | | Lawsuit/D.O.F. July 9, 2015 | | | | | $1.00 |
| ACCOUNT NO.  <br>Kaiden Lee Boyer  <br>176 County Rd. 532  <br>Etowah, TN | | | NOTICE | | | | | $1.00 |

Sheet no. 1 of 2 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subotal >   $7.00

In re  Heather D Kile _____ , Case No. 1:11-bk-10353-NWW
                    Debtor(s)                 (if known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | PND | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Martin Whitney <br> 138 County Road 520 <br> Englewood, TN 37329 | | | NOTICE | | | | | $1.00 |
| ACCOUNT NO. <br> Matthew C. Nichols <br> 300 County Rd. 480 <br> Englewood, TN 37329 | | | NOTICE | | | | | $1.00 |
| ACCOUNT NO. <br> Noah H. Onbey <br> 725 3rd Street <br> Etowah, TN 37331 | | | NOTICE | | | | | $1.00 |
| ACCOUNT NO. N/A <br> Ryan Boyer <br> 176 Co. Rd. 532 <br> Etowah, TN 37331 | | | Lawsuit/D.O.L. July 9, 2015 | | | | | $1.00 |
| ACCOUNT NO. <br> Thomas D. Underwood <br> 1043 County Rd. 660 <br> Etowah, TN 37331 | | | NOTICE | | | | | $1.00 |
| ACCOUNT NO. N/A <br> Zion Hill Baptist Church <br> 269 County Road 516 <br> Englewood, TN 37329 | | | Notice Purposes | | | | | $1.00 |

Sheet 2 of 2 sheets attached to Schedule of                                     Total >      $16.00
Creditors Holding Unsecured Nonpriority Claims                    (Use only on last page)

(Report total also on Summary of Schedules)

UNITED STATES BANKRUPTCY COURT

Eastern District of Tennessee

Southern Division

IN RE:  Heather D Kile                *                    Chapter 7
                                                           Case No.   1:11-bk-10353-NWW
                                      *

              Debtor(s)

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and exact copy of the following items have been served upon the parties listed below electronically or by placing the same in the United States Mail with sufficient postage thereupon to carry it to its destination, dated this 28 day of September, 2015.

1. Items served:  F

2. Notice of Bankruptcy Case issued by the clerk of the court and containing the Debtor's full social security number.

Parties served:

Chapter 13
Bankruptcy Trustee (via ECF)


Heather D Kile
P.O. Box 1112
Decatur, TN 37322


Aaden Fry
229 County Rd. 439
Athens, TN 37303


Amos T. Landreth
967 County Rd. 480
Englewood, TN 37329


Brayden M. Martin
176 County RD 520
Englewood, TN 37329

Casin Lee
172 Maggie Mill Rd.
Reliance, TN 37369


Clark Patterson
121 Miller Rd
Englewood, TN 37329


Gary Allen Culberson
1110 Indiana Ave
Etowah, TN 37331


Javon Batts
300 TN Ave
Etowah, TN  37331


Jessee A. Holden
825 Long Mill Rd.
Athens, TN 37303


Joseph Ford
PO Box 905
Loudon, TN 37774


Kaiden Lee Boyer
176 County Rd. 532
Etowah, TN


Martin Whitney
138 County Road 520
Englewood, TN 37329


Matthew C. Nichols
300 County Rd. 480
Englewood, TN 37329


Noah H. Onbey
725 3rd Street
Etowah, TN 37331

Ryan Boyer
176 Co. Rd. 532
Etowah, TN 37331


Thomas D. Underwood
1043 County Rd. 660
Etowah, TN 37331


Zion Hill Baptist Church
269 County Road 516
Englewood, TN 37329


Richard Banks & Associates, P.C.

/s/ Richard L. Banks, #000617
_____

Richard L. Banks, #000617
Attorney for the Debtor(s)
P.O. Box 1515
Cleveland, TN 37364-1515

(423)479-4188